UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>Plaintiff,<br><br>v.<br><br>DONALD F. PARKHURST, et al.,<br><br>Defendants. | No.  2:13-cv-2530 CKD P<br><br><br><br>ORDER |

Mr. Dearwester, a California prisoner proceeding pro se, has filed a document titled "Petition For Order Relieving Plaintiff . . . From Provisions of [California] Government Code Section 946.6."[1]   A request for relief from this provision of California law is not a proper basis for an action in federal court.  Mr. Dearwester's remedy, if it lies at all, lies in California Superior Court.  For these reasons, Mr. Dearwester's "petition" is dismissed and the Clerk of the Court is directed to close this case.

Dated: January 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dear2530.dis

---

[1]   California Government Code Section 946.6 is a provision of California's "Tort Claims Act."